UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATH FEGELY, | : | |
|           Plaintiff, | : | |
| | : | |
| v. | : | No. 5:23-cv-4909 |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | : | |
|           Defendant. | : | |

# O R D E R

**AND NOW**, this 28th day of October, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Sanctions, ECF No. 34, is **DENIED;**

2. Plaintiff's Motion to Dismiss, ECF No. 33, is **GRANTED**, and all claims in the Complaint are hereby **DISMISSED WITH PREJUDICE**.

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge